AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KENNETH T. WASHINGTON,**

    **Petitioner,**

**v.**

**TIM BUCHANAN, WARDEN,**

    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-12-103**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: December 4, 2012

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk