AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KENNETH T. WASHINGTON,**

        **Petitioner,**

                            **JUDGMENT IN A CIVIL CASE**

**v.**

                            **CASE NO.  C2-12-103**
**TIM BUCHANAN, WARDEN,**      **JUDGE EDMUND A. SARGUS, JR.**
                            **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

        **Respondent.**

____     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**


Date:  December 4, 2012                         JOHN P. HEHMAN, CLERK


                                            */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk